# PROCEEDING MEMO

Date: 08/15/2018 10:00 am

In re: Sharon M Friedel

Bankruptcy No. 17-24417-CMB
Chapter: 13
Doc. # 12

**Appearances:**

Movant(s):    Winnecour / Pail / Katz / DeSimone

Respondent(s):    Lawrence W. Willis ; David Neeren, Mark Pekarchak (PNC) ; Jeffrey R. Hunt (City of Pittsburgh)

Creditor(s):

Nature of Proceeding:    Continued Contested Plan Hearing re: Plan Dated 11/23/2017.

Additional Pleadings: #27 Conciliation Conference Minutes; #17 Objection to Confirmation by PNC Bank; #24 Objection to Confirmation by the City and School District of Pittsburgh and Pittsburgh Water and Sewer Authority; #30 BNC Certificate of Mailing; #31 Amended Plan dated 8-13-2018

**Judge's Notes:**

- per debtor SS claim not going forward.
- matter moot due to amended plan.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
8/16/18 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA