## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon M. Friedel <br><br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 17-24417 CMB |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          Attorney ID:42524
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          215-627-1322
          jwarmbrodt@kmllawgroup.com
          Attorney for Movant/Applicant