PROCEEDING MEMO

Date: 04/10/2019 10:00 am

In re: Sharon M Friedel

Bankruptcy No. 17-24417-CMB
Chapter: 13
Doc. # 42

Appearances:

Movant(s): Ronda J. Winnecour; ~~Pam Katz DeSimone~~

Respondents: James Warmbrodt

Creditor(s):

Nature of Proceeding: #42 Trustees Motion to Preclude Postpetition Mortgage Fees, Expenses, and Charges

Additional Pleadings: #46 Response by PNC Bank, National Association

Judge's Notes:         Continued to June 5, 2019 at 11:00am

Outcome:

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED     Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED     Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of _____
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:     Movant(s) brief due \_\_\_\_\_ days
                                  Respondent(s) brief due \_\_\_\_\_ days
                                  Trustee's brief due \_\_\_\_\_ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
4/10/19 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 17-24417-CMB
Sharon M Friedel                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Apr 10, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db          +Sharon M Friedel,   2227 White St,   Pittsburgh, PA 15226-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
          David   Neeren    on behalf of Creditor   PNC Bank, National Association dneeren@rasnj.com
          James   Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City & School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
          Lawrence W. Willis    on behalf of Debtor Sharon M Friedel ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                        TOTAL: 7