## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Sharon M. Friedel

                    Debtor

Ronda J. Winnecour, Chapter 13 Trustee

                    Movant

     vs.

PNC Bank, N.A.

                 Respondent

NO. 17-24417-CMB

CHAPTER 13

Related to Document No. 42

## STIPULATION AND ORDER AS TO TRUSTEE'S MOTION TO PRECLUDE
## POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, PNC Bank, N.A., filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges (the "PPFN") on April 11, 2018 listing fees and expenses totaling $825.00; and

WHEREAS, the Chapter 13 Trustee has filed a Motion to Preclude those fees and charges; and

WHEREAS, Respondent, solely to resolve this matter promptly and without an admission of liability or any concession of any statement of law or fact contained in the Trustee's Motion, has determined to waive the fees and charges contained in the PPFN, and did in fact waive the charges, as shown on the loan history attached hereto as Exhibit A.

It is therefore Stipulated and agreed as follows:

1.      Respondent's requested fees and charges in the amount of $825.00 are waived and

adjusted in the Debtor's favor, as shown in the affidavit and loan history attached hereto as

Exhibit A.

2.      The Chapter 13 Trustee's Motion to Preclude is denied as moot.

3.      Respondent is prohibited from adding any fees or other charges to the Debtor's

account in connection with the response to or resolution of the Chapter 13 Trustee's Motion to

Preclude, or for otherwise complying with this Stipulation and Order.

4.      The hearing in this matter scheduled for June 5, 2019 at 11:00 a.m. is cancelled, and

no further responsive pleadings in this matter shall be required.


Consented to by:


**/s/ Ronda J. Winnecour**
Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower-Suite 3250
Pittsburgh, PA  15219
Phone: 412-471-5566
rwinnecour@chapter13trusteewdpa.com

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney for Respondent
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com


It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.


By the Court,


FILED
4/15/19 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-24417-CMB
Sharon M Friedel                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Apr 15, 2019
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db              +Sharon M Friedel,   2227 White St,   Pittsburgh, PA 15226-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
          David  Neeren    on behalf of Creditor   PNC Bank, National Association dneeren@rasnj.com
          James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City & School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Lawrence W. Willis   on behalf of Debtor Sharon M Friedel ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 7