### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 17-24417-CMB** |
| **Sharon M. Friedel,** | : | |
| | : | |
| **Debtor** | : | **CHAPTER 13** |
| | : | |
| **Sharon M. Friedel,** | : | **RELATED TO DOCKET NO. 52** |
| | : | |
| **Movant** | : | |
| | : | **HEARING DATE AND TIME :** |
| **vs.** | : | **June 5, 2019 at 10 :00 AM** |
| | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee/** | | |
| | | |
| **Respondents** | | |

<u>COUNSEL'S WITHDRAWAL OF MOTION TO DISMISS</u>

Motion to Dismiss Case Filed by was filed in the above- referenced case on May 3, 2019

(document #52) is hereby WITHDRAWN.  It was filed in error and has been amended and

refiled.


Respectfully Submitted,

Date: May 15, 2019

/s/ Lawrence Willis  Esq
**Lawrence W. Willis Esq**
Willis & Associates
 PA 85299
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.co m