# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-24417-CMB |
| | : | |
| Sharon M. Friedel, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Docket Text Dated May 16, 2019 and the Amended Schedule B, C, I & J* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated May 17, 2019
                                                                           /s/ Lawrence W. Willis
                                                                          Lawrence W. Willis, Esquire
                                                                          Willis & Associates
                                                                          201 Penn Center Blvd
                                                                          Pittsburgh, PA 15235
                                                                          Tel: 412.235.1721
                                                                          Fax: 412.542.1704

MATRIX

Sharon Friedel
2227 White Street
Pittsburgh, PA 15226

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

COMENITY CAPITAL BANK
C/O Weinstein & Riley P.S.
2001 Western Ave Ste. 400
Seattle, WA 98121-3132

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chse-bstbuy
Po Box 15298
Wilmington, DE 19850-5298

Citi
Pob 6241
Sioux Falls, SD 57117-6241

City & School District of
Pittsburgh
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Comenitybk/victoriasec
Po Box 182789
Columbus, OH 43218-2789

Granite State Management &
Resources
obo U.S. Dept of Eduction
PO Box 3420
Concord, NH 03302-3420

Hyundai Capital Americ
4000 Macarthur Blvd Ste
Newport Beach, CA 92660-2558

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

LVNV Funding, LLC its successors
and assigns
assignee of CVF Consumer
Acquisition
Company
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors
and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

Nhhelc/gsm&r
Po Box 3420
Concord, NH 03302-3420

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342-5421

Pittsburgh Water & Sewer
Authority
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Pnc Bank, N.a.
1 Financial Pkwy
Kalamazoo, MI 49009-8002

```
Pnc Mortgage
Po Box 8703
Dayton, OH 45401-8703

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121-3132

Syncb/tjx Cos
Po Box 965005
Orlando, FL 32896-5005

Udren Law Office
1111 Woodcrest Road
Suite 200
Cherry Hill, NJ 08003

Us Dep Ed
Po Box 5609
Greenville, TX 75403-5609

Wffnb Retail
Po Box 94498
Las Vegas, NV 89193-4498
```