**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SHARON M FRIEDEL | Case No.: 17-24417 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/02/2017 and confirmed on 01/19/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,100.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,100.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 185.89 | |
|     Trustee Fee | 93.90 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 279.79 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 1,820.21 | 0.00 | 1,820.21 |
|     Acct: 4907 | | | | |
|   PNC BANK NA | 18,196.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 4907 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (RE | 1,124.19 | 0.00 | 0.00 | 0.00 |
|     Acct: R202 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 467.36 | 0.00 | 0.00 | 0.00 |
|     Acct: R202 | | | | |
| | | | | 1,820.21 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHARON M FRIEDEL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,000.00 | 185.89 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4907 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,172.30 | 0.00 | 0.00 | 0.00 |
| Acct: 4827 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2841 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,276.25 | 0.00 | 0.00 | 0.00 |
| Acct: 6203 | | | | |
| MIDLAND FUNDING LLC | 819.44 | 0.00 | 0.00 | 0.00 |
| Acct: 2126 | | | | |
| HYUNDAI CAPITAL AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8116 | | | | |
| CAPITAL ONE NA** | 1,400.53 | 0.00 | 0.00 | 0.00 |
| Acct: 1696 | | | | |
| NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0049 | | | | |
| NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9949 | | | | |
| NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9749 | | | | |
| NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9649 | | | | |
| NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9849 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8183 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1829 | | | | |
| UDREN LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRANITE STATE MGMNT & RESOURCES C | 5,719.12 | 0.00 | 0.00 | 0.00 |
| Acct: 8420 | | | | |
| WFFNB RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5552 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,049.44 | 0.00 | 0.00 | 0.00 |
| Acct: 3429 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 1,233.26 | 0.00 | 0.00 | 0.00 |
| Acct: 8155 | | | | |
| DAVID NEEREN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                  1,820.21

TOTAL CLAIMED
PRIORITY                 0.00
SECURED             19,788.26
UNSECURED           12.670.34


Date: 07/08/2019                                        /s/ Ronda J. Winnecour
                                                        RONDA J WINNECOUR PA ID #30399
                                                        CHAPTER 13 TRUSTEE WD PA
                                                        600 GRANT STREET
                                                        SUITE 3250 US STEEL TWR
                                                        PITTSBURGH, PA  15219
                                                        (412) 471-5566
                                                        cmecf@chapter13trusteewdpa.com